No. 91–583.  BOSWORTH ET AL. *v.* LEATHERS, COMMISSIONER OF REVENUES OF ARKANSAS, ET AL.  Sup. Ct. Ark.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–5604.  IRVIN *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.  JUSTICE WHITE would grant certiorari.